

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. JFM 12 CR 0121 |
| v. : | |
| : | (Attempt to Provide Material Support |
| CRAIG BENEDICT BAXAM, : | and Resources to a Designated Foreign |
| Defendant : | Terrorist Organization, 18 U.S.C. |
| : | §2339B) |

...oOo...

## INDICTMENT

## COUNT ONE

FILED LOGGED ENTERED RECEIVED
MAR 0 7 2012
AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

The Grand Jury for the District of Maryland charges:

1. **CRAIG BENEDICT BAXAM** was born in Maryland and is a United States citizen.

2. **CRAIG BENEDICT BAXAM** served in the United States Army from 2007 through July 2011, during which time he accumulated funds in a retirement account with the Thrift Savings Plan (TSP).

3. Al-Shabaab is a militia group that uses intimidation and violence to undermine Somalia's Transitional Federal Government (TFG) and its supporters. In early 2008, the U.S. Department of State designated Al-Shabaab, a.k.a. Harakat Shabaab al-Mujahidin, a.k.a. The Youth, as a Foreign Terrorist Organization under 8 U.S.C. § 1189 and as a Specially Designated Global Terrorist pursuant to Section 1(b) of Executive Order 13224, stating Al-Shabaab has committed, or poses a significant risk of committing, acts of terrorism that threaten the security of U.S. nationals

1

or the national security, foreign policy, or economy of the United States.

4.     **CRAIG BENEDICT BAXAM**, while living in Maryland, formed an intention to travel to Somalia, join Al-Shabaab, which he knew to be a designated foreign terrorist organization, and fight for Al-Shabaab.

5.     **CRAIG BENEDICT BAXAM** thereafter took substantial steps to act upon his intention by cashing out his TSP funds, buying a plane ticket, going to BWI Marshall Airport and flying to Kenya, and thereafter traveling in Kenya toward its northern border with Somalia, all in his effort to join and fight for Al-Shabaab.

6.     On December 23, 2011, **CRAIG BENEDICT BAXAM** was arrested by Kenyan Anti-Terrorism Police authorities near Mombasa, Kenya, for attempting to travel to Somalia to join Al-Shabaab.

7.     Beginning on or before November 30, 2011 and continuing to on or about December 23, 2011, in the District of Maryland and elsewhere, the defendant

**CRAIG BENEDICT BAXAM**

unlawfully and knowingly did attempt to provide material support and resources, as that term is defined in 18 U.S.C. § 2339A(b), that is, to knowingly provide himself as personnel to work under the direction and control of a designated foreign terrorist organization, that is, Al-Shabaab, knowing that Al-Shabaab was designated as a terrorist organization under 8 U.S.C. § 1189, has engaged and engages in terrorist activity, as that term is defined in 8 U.S.C. § 1182(a)(3)(B), and has engaged and

2

engages in terrorism, as that term is defined in 22 U.S.C. § 2656f(d)(2).

18 U.S.C. §§ 2339B.

*Rod J. Rosenstein*
Rod J. Rosenstein
United States Attorney

A TRUE BILL:

SIGNATURE REDACTED
Foreperson

7 March 2012
Date