UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

August 6, 2013

MEMORANDUM TO COUNSEL RE: US v. Craig Baxam
                                      Criminal No. JFM-12-0121

Dear Counsel:

      I have reviewed the memoranda submitted in connection with defendant's motion to dismiss the indictment.

      I am not persuaded that a "coordination" element is required in a non-First Amendment context as argued by defendant. On the other hand, although the indictment may be sufficient, I have a concern that the conclusory allegation in paragraph 4 of the indictment that defendant "formed an intention to . . . fight for Al-Shabaab" may not be sufficient. This is particularly true in light of the FBI 302 Forms that are the subject of defendant's motion in limine.

      It appears to me that defendant unquestionably formed an intention to travel to Somalia and perhaps to join Al-Shabaab. However, according to what he told FBI agents, it also appears to me that defendant had not formed an intention to fight for Al-Shabaab in any offensive capacity when he traveled to Somalia. To the contrary, all that the statements seem to reveal is that defendant wanted to live in a Muslim country under Sharia law and that if the country in which he was residing was attacked, he would then defend that country.

      I recognize that this might be a sufficiency of the evidence question. However, because the issue has been raised, I ask the Government to file a bill of particulars setting forth in greater detail the basis for the conclusory allegation in paragraph 4 that defendant "formed an intention to . . . fight for Al-Shabaab." If the bill of particulars includes only that which is set forth in the FBI 302 Forms, I may dismiss the indictment. To follow that course, however, would be beneficial to the Government since if I decided the question in the context of a motion for directed verdict, the Government would not have the right to appeal.

      Accordingly, I ask that the Government file a bill of particulars on or before August 21, 2013.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge