UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

September 6, 2013

MEMO TO COUNSEL RE: United States of America v. Craig Benedict Baxam
Criminal No. JFM-12-0121

Dear Counsel:

The Government has filed a motion requesting that I reconsider the ruling I made in my opinion and order of August 6, 2013.

The Government's motion is denied. I remain of the view that the Government should provide particulars as to the allegation made in paragraph 4 of the indictment that the defendant "formed an intention to fight . . . for Al-Shabaab." As noted by the Government, the FBI 302s are not verbatim statements made by defendant, and if the Government intends to rely upon something that defendant allegedly said to an agent to support the conclusory allegation that defendant intended to fight for Al-Shabaab, defendant is entitled to know the basis for the conclusory allegation when preparing for trial.

That said, the Government may be correct that even assuming that the evidence produced at trial would not be sufficient to support the conclusory allegation that defendant formed an intention to fight for Al-Shabaab, he nevertheless could properly be convicted of a violation of 18 U.S.C. §2339B because he knowingly supplied himself as personnel "to work under the direction and control of a designated terrorist organization, that is, Al-Shabaab, knowing that Al-Shabaab was designated as a terrorist organization." After the Government has filed a bill of particulars, that issue can be "teed up" if defendant chooses to file a motion to dismiss. In that regard, perhaps I should note that the Government's memorandum in support of its motion for reconsideration is sufficiently persuasive for me to withdraw my earlier statement that I might dismiss the indictment if the particulars supplied by the Government are insufficient to support the conclusory allegation that defendant intended to fight for Al-Shabaab.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge