USAO#2012R00002

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYL

2014 JAN -6 P 1:

CLERK'S OFFICE
AT BALTIMORE

BY_____  ____DEPU

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.** __JFM-12-0121__ |
| v. | * | (Destruction of Records in Contemplation of a Federal Investigation, 18 U.S.C. Section 1519) |
| **CRAIG BENEDICT BAXAM** | * | |
| | * | |

## INFORMATION

The United States Attorney for the District of Maryland charges that:

In or about December 2012, in the State and District of Maryland,

### CRAIG BENEDICT BAXAM

did knowingly destroy records, specifically records contained in his personal computer, with the intent to obstruct, influence and impede a terrorism investigation by an agency of the United States, specifically the Federal Bureau of Investigation, that he contemplated would be conducted by said agency upon his departure from the United States bound for Southern Somalia via Kenya in order to live in this area since it was controlled by al-Shabaab, a foreign terrorist organization as duly designated by the U.S. Secretary of State, and also to join that organization.

_Rod J. Rosenstein_ /s/ S.E.
Rod J. Rosenstein
United States Attorney

18 U.S.C. Section 1519