IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

IN THE MATTER OF
**CRAIG BENEDICT BAXAM**

**CAE18-07878**

FOR CHANGE OF NAME TO
**ESMAIL MUSLIM KHODADOOST**

### ORDER OF COURT

Upon consideration of the foregoing Petition for Change of Name, it is this 18th day of June, 2018, by the Circuit Court for Prince George's County, Maryland,

**ORDERED**, that the name **CRAIG BENEDICT BAXAM** be and is hereby changed to **ESMAIL MUSLIM KHODADOOST**; and it is further,

**ORDERED**, that this matter is closed for statistical purposes only.

*[signature]*
Honorable Peter K. Killough

*[signature]*
True Copy
Sydney J. Harrison, Clerk

F-10-20-18