PROB 12
(Rev. 12/13)

United States District Court
for the
DISTRICT OF MARYLAND

U.S.A. vs. Craig Benedict Baxam

Docket No.: 0416 8:12CR00121-001

SEALED
Petition on Supervised Release
Petition #1

COMES NOW **Carrie Lacy** PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of **Craig Benedict Baxam** who was placed on supervision for **Destruction of Records in contemplation of a Federal Investigation, 18 U.S.C. § 1519, a Class C Felony\***, by the **Honorable J. Frederick Motz, U.S. District Judge,** sitting in the court at **Baltimore, Maryland**, on the **13th day of January, 2014,** who sentenced the defendant to **84 Months Bureau of Prisons; 60 Months Supervised Release**, and imposed the general terms and conditions theretofore adopted by the court. The following additional conditions and terms were imposed on the 3rd day of July, 2018:

1. You must participate in a substance abuse treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). (added 7/3/18)
2. You must participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). (added 7/3/18)
3. You must reside in a Residential Reentry Center, Halfway House, or similar residential facility as a Public Law placement as directed by the probation officer and shall observe the rules of that facility until housing has been secured or until discharged by the center's director, no later than 180 days from admission. (added 7/3/18)

*\*Pursuant to 18 U.S.C. § 3583(e)(3), the maximum penalty upon revocation is 2 years.*

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation Number 1**
On July 16, 2018, Mr. Baxam absconded from Hope Village Residential Reentry Center.

The defendant is in violation of the Special Condition which states: You must reside in a Residential Reentry Center, Halfway House, or similar residential facility as a Public Law placement as directed by the probation officer and shall observe the rules of that facility until housing has been secured or until discharged by the center's director, no later than 180 days from admission.

### Violation Number 2
On July 17, 2018, Mr. Baxam reported he traveled to Fredericksburg, Virginia on July 16, 2018, without the permission of the probation office.

The defendant is in violation of Standard Condition #1 which states: The defendant shall not leave the judicial district without permission of the court or probation officer.

### Violation Number 3
On July 12, 2018, Mr. Baxam submitted a urine specimen at Family Health Center that tested positive for THC.

The defendant is in violation of Statutory Condition # 3 which states: The defendant shall not illegally use or possess a controlled substance.

PRAYING THAT THE COURT WILL ORDER a warrant be issued for the arrest of Craig Benedict Baxam for alleged violation(s) of Supervised Release. This document shall be sealed until the defendant's initial court appearance.

ORDER OF COURT
Considered and ordered as prayed this 18th day of July, 2018 and ordered filed and made a part of the records in the above case.

_____
Deborah K. Chasanow
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct,

_____
Carrie Lacy, Senior U.S. Probation Officer

Date: 7/18/2018

Reviewed and Approved By:

_____
Laura L. Reber, Supervisory U.S. Probation Officer

Date: 7/18/2018

Place: Greenbelt, Maryland