Esmail M. Khodadoost
611 Pennsylvania Ave. P.O. Box 116
Washington D.C. SE 20003

24 July 2018

The Honorable Judge Deborah K. Chasanow
6500 Cherrywood Ln.
Greenbelt, MD 20770

8:12-cr-00121
Request for copy of sealed
Documents by Defendant

Dear Judge Chasanow,

As defendant and party to court precedings regarding case 8:12-cr-00121, I am requesting a copy of the following documents (docket numbers) that I am unable to access at this court house here in Greenbelt:

Docket Numbers:

#109 - #106 - #103 - #69 - #34 - #33 - #32

These copies are necessarily needed for legal purposes only and not for publishing.

Very Respectfully,

Esmail M. Khodadoost