FILED _____ ENTERED
LOGGED _____ RECEIVED

JUL 2 4 2018

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**UNITED STATES OF AMERICA**

vs.

**Craig Benedict Baxam**

Case No. **DKC 12-cr-00121**

\*\*\*\*\*\*

## ORDER OF TEMPORARY DETENTION PENDING HEARING
## PURSUANT TO BAIL REFORM ACT

Upon motion of the United States for Temporary Detention, it is ORDERED that a detention hearing is set for _July 26, 2018_ (date) at _2:00 PM_ (time) before _Thomas M. DiGirolamo_, United States Magistrate Judge, 6500 Cherrywood Lane, Greenbelt, Maryland 20770 Courtroom _TBD_.

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) (_____) (Other Custodial Official) and produced for the hearing.

July 24, 2018
Date

Thomas M. DiGirolamo
United States Magistrate Judge