============================================================

# UNITED STATES DISTRICT COURT
## ------------------DISTRICT OF MARYLAND----------------

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | Case No.: DKC-12-00121 |
| **CRAIG BENEDICT BAXAM** | * | |

## LINE OF APPEARANCE

To the Clerk of the Court and all parties of record:

    Enter my appearance as counsel in the case for Craig Benedict Baxam. I certify that I am admitted to practice in this Court.

    JAMES WYDA
    Federal Public Defender


    _____/s/_____
    AMY FITZGIBBONS, #97952
    Assistant Federal Public Defender
    Federal Public Defender's Office
    6411 Ivy Lane, Suite 710
    Greenbelt, Maryland 20770-1405
    (301) 344-0600
    Fax No. (301) 344-0019
    amy_fitzgibbons@fd.org