Baxam , Craig / Khodadoost
0416 8:12CR00121-001
PROB 12B (7/93)

# UNITED STATES DISTRICT COURT

for

District of Maryland

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:   Craig Benedict Baxam (formerly)/ Esmail Muslim Khodadoost

Case Number:   0416 8:12CR00121-001

Name of Sentencing Judicial Officer:   Honorable J. Frederick Motz

Name of Assigned Judicial Officer:   Honorable Deborah K. Chasanow

Date of Original Sentence:   03/13/2014

Original Offense:
Destruction of Records in contemplation of a Federal Investigation

Original Sentence:   Prison 84M, TSR 60M

Type of Supervision:   TSR                                              Date Supervision Commenced:   02/23/2018

## PETITIONING THE COURT

☐ To extend the term of supervision for ____ years, for a total term of ____ years.

☒ To modify the conditions of supervision as follows:

1. You must reside and participate in the MCVET Program located in Baltimore, MD, as directed by the probation officer. You shall not leave the program during the 30 day orientation period, and you shall observe the rules of the program until suitable housing has been secured or until discharged by the MCVET Program Director.

Baxam, Craig / Khodadoost
0416 8:12CR00121-001
PROB 12B (7/93)

## CAUSE

On August 14, 2018, Mr. Khodadoost (formerly Craig Baxam) appeared before Your Honor for a Violation of Supervised Release Hearing. On that date, Assistant Federal Public Defender Amy Fitzgibbons proposed Mr. Khodadoost enter the Maryland Center for Veteran's Education and Training Program (MCVET) located at 301 North High Street, Baltimore, MD 21202. The government and probation office agreed to the recommendation provided the probation office had a reasonable amount of time to verify the program was suitable and Mr. Khodadoost was eligible.

Upon the conclusion of the hearing, this officer met with Ms. Bryant at the MCVET Program in Baltimore, MD. A tour of the emergency shelter was provided and the program rules were explained. If admitted, Mr. Khodadoost will be required to remain at the program for the initial 30 day orientation period. During that time he will be evaluated for substance abuse and mental health treatment services. Additionally, he will be permitted to practice his religion in a room dedicated to religious services at the program. After the orientation period, he is eligible to remain at the emergency shelter for an additional 42 days, at which time he will appear before a board of his peers and program staff to determine if he is accepted into the transitional housing portion of the program. If approved, transitional housing can last up to two years, but program participants are encouraged to establish their own residence or transition to the single occupancy program after 12 months. MCVET utilizes the 12-step recovery model and also offers employment and training assistance.

Based on the information provided by Ms. Bryant, Mr. Khodadoost appears eligible for the program and a bed is currently available. The program anticipates his arrival on Friday, August 17, 2018, sometime after 12 noon. This officer's contact information was provided and the program agreed to communicate should there be any issues at the time of the intake assessment.

In light of the above, the proposed modification of conditions is respectfully recommended. Additionally, after consulting with Assistant United States Attorney Harvey Eisenberg, the probation office requests to withdraw the petition filed July 18, 2018 (document 109). Mr. Khodadoost is currently scheduled to appear before the Court on Friday, August 17, 2018 at 10:00 am.

Respectfully submitted,
by

_Carrie Lacy_

Carrie Lacy, Senior U.S. Probation Officer

Date:   August 15, 2018

Approved: LLR 8/15/2018

---

THE COURT ORDERS:

☐ No action.

☐ The extension of supervision as noted above.

☑ The modification of conditions as noted above.

☑ Other: Withdraw the Petition Filed July 8, 2018

_Signature of Judicial Officer_

_August 15, 2018_
Date