IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. DKC 12-0013 |
| | : |
| ESMAIL MUSLIM KHODADOOST f/n/a Craig Benedict Baxam | : |

**ORDER**

For the reasons stated at the hearing, it is this 2nd day of November, 2021, by the United States District Court for the District of Maryland, ORDERED that:

1. The following condition IS added to Mr. Khodadoost's conditions of supervised release:

> Mr. Khodadoost shall not travel to any foreign embassy or consulate unless granted permission to do so by the probation officer.

2. All previously imposed terms and conditions of Supervised Release REMAIN IN FULL FORCE AND EFFECT.

                                                    /s/
                                      DEBORAH K. CHASANOW
                                      United States District Judge